1  William C. Reeves
   State Bar No. 8235
2  MORALES, FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
   Telephone: 702/699-7822
4  Facsimile: 702/699-9455
   E-mail: wreeves@mfrlegal.com
5
   Attorneys for Plaintiff
6  Northfield Ins. Co.

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 NORTHFIELD INS. CO.,              )   Case No.: 2:22-cv-02072-JCM-VCF
                                     )
11          Plaintiff,               )   STIPULATION TO PARTIAL DISMISSAL
                                     )
12      v.                           )
                                     )
13 CHEYENNE CONDO. ASSOC, et al.     )
                                     )
14          Defendants.              )
                                     )

15

16      Plaintiff Northfield Insurance Company ("Northfield"), Defendant Diamond Perry

17 ("Perry") and Defendant Davion Warnock ("Warnock"), by and through counsel and per FRCP 41,

18 stipulate to the dismissal of Perry and Warnock only, with prejudice.  Defendants Perry and

19 Warnock reserve the right to move for attorney's fees and costs, which Northfield may oppose.

20      Further, Defendants/Counter-Claimants Perry and Warnock by and through counsel and

21 per FRCP 41(a)(1)(A)(i) and (c), provide notice of dismissal of their counter-claims against

22 Northfield [CMECF #3], with prejudice.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

---

1

STIPULATION                                              Case No.: 2:22-cv-02072-JCM-VCF

IT IS SO AGREED.

Dated: March 8, 2023

| MORALES FIERRO & REEVES | DRUMMOND LAW FIRM |
|---|---|
| By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Plaintiff | By: /s/ Craig W. Drummond<br>Craig W. Drummond<br>Attorneys for Defendants |

IT IS SO ORDERED:

DATED: March 14, 2023

_____
UNITED STATES DISTRICT JUDGE