William C. Reeves
State Bar No. 8235
MORALES, FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
E-mail: wreeves@mfrlegal.com

Attorneys for Plaintiff
Northfield Ins. Co.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORTHFIELD INS. CO., | Case No.: 2:22-cv-02072-JCM-VCF |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE TO RESPOND |
| v. | FIRST REQUEST |
| CHEYENNE CONDO. ASSOC, et al. | |
| Defendants. | |

Plaintiff Northfield Insurance Company ("Northfield") and Defendant Cheyenne Condominium Association ("Cheyenne COA"), by and through counsel and subject to this Court's approval, stipulate as follows:

WHEREAS, this Court recently granted a stipulation by ordering the dismissal of certain Defendants in this case as well as the Crossclaim they filed such that the sole remaining Defendant in this case is Cheyenne COA [Dkt. No. 11];

WHEREAS, Cheyenne COA has not yet appeared in the case;

WHEREAS, Northfield filed First Amended Complaint ("FAC") on March 20, 2023;

WHEREAS, Cheyenne COA has agreed to waive service while separately requesting additional time to respond to the FAC [Dkt. No. 12];

WHEREFORE, subject to this Court's approval, the deadline for Cheyenne COA to respond to the FAC is extended to April 28, 2023.

///

1        IT IS SO AGRED.

2   Dated: March 24, 2023

3        MORALES FIERRO & REEVES        CLAYTON & CO.

4

5   By:   /s/ William C. Reeves         By:   /s/ Shane Clayton
     William C. Reeves               Shane Clayton

6        Attorneys for Plaintiff           Attorneys for Defendant

7

8

9   ORDER

10        The Court, having considered the stipulation of the parties and good cause appearing,

11   orders as follows:

12        The deadline for Cheyenne COA to respond to the FAC is extended to April 30, 2023.

13        IT IS SO ORDERED:

14   Dated:

15       IT IS SO ORDERED.

16

17   _____

18   Cam Ferenbach
    United States Magistrate Judge

19            3-28-2023
    DATED _____

20

21

22

23

24

25

26

27

28