Shane W. Clayton, Esq.
Nevada Bar No. 8783
shane@claytonandco.com
**CLAYTON & COMPANY**
345 West 600 South, Suite 116
Heber City, Utah, 84032
Telephone: 702.722.0071

*Personal Service Only*
9900 Covington Cross Drive, # 130
Las Vegas, NV 89144
*Attorneys Cheyenne Condominium Association, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>CHEYENNE CONDOMINIUM ASSOCIATION, DIAMOND PERRY, and DAVION WARNOCK<br><br>Defendants. | CASE NO.: 2:22-cv-02072-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT CHEYENNE CONDOMINIUM ASSOCIATION TO RESPOND TO THE AMENDED COMPLAINT**<br><br>**SECOND REQUEST** |

     Defendant Cheyenne Condominium Association ("Cheyenne COA") and Plaintiff Northfield Insurance Company ("Northfield"), by and through their respective counsel and subject to the Court's approval, stipulate as follows:

     WHEREAS, Cheyenne COA is the sole remaining Defendant in this case;

     WHEREAS, the Court approved the parties First Request to Extend Time for Defendant Cheyenne COA to Respond to Northfield's First Amended Complaint [Dkt. No. 13];

     WHEREAS, Cheyenne COA has not yet filed a Response to the First Amended Complaint;

     WHEREAS, the parties have agreed to and extension of two weeks' time for Defendant Cheyenne COA to file it's response to the First Amended Complaint;

WHERFORE, subject to the Court's approval, the deadline for Cheyenne COA to respond to the First Amended Complaint is extended to May 15, 2023.

IT IS SO AGREED.

DATED: May 4, 2023

| CLAYTON & COMPANY | MORALES FIERRO & REEVES |
|---|---|
| By: /s/ SWSK | By: /s/ William C. Reeves |
| Shane W. Clayton, Esq. | William C. Reeves, Esq. |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

### ORDER

The Court, having reviewed and considered the stipulation of the parties and good cause appearing, orders as follows:

The deadline for Cheyenne COA to respond to the First Amended Complaint is extended to May 15, 2023.

IT IS SO ORDERED:

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-4-2023 _____

2