1 William C. Reeves
State Bar No. 8235
2 MORALES, FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
3 Las Vegas, NV 89106
Telephone: 702/699-7822
4 Facsimile: 702/699-9455
E-mail: wreeves@mfrlegal.com
5
Attorneys for Plaintiff
6 Northfield Ins. Co.

7

8                           UNITED STATES DISTRICT COURT

9                                 DISTRICT OF NEVADA

10 | NORTHFIELD INSURANCE COMPANY, ) Case No.: 2:22-cv-02072-JCM-VCF
11 |         Plaintiff, ) STIPULATION TO DISMISS CASE WITH PREJUDICE
12 |   v.
13 | CHEYENNE CONDOMINIUM ASSOC, et al.
14 |         Defendants.

---

1

STIPULATION                                                       Case No.: 2:22-cv-02072-JCM-VCF

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Northfield Insurance Company ("Northfield") and Defendant Cheyenne Condominium Association ("Cheyenne COA"), by and through counsel and pursuant to FRCP 41, hereby agree to the dismissal of this case with prejudice with each side bearing their own fees and costs.

IT IS SO AGREED. Dated: February 26, 2024

| MORALES FIERRO & REEVES | CLAYTON & CO. |
|---|---|
| By: /s/ William C. Reeves<br>William C. Reeves<br>Attorneys for Plaintiff | By: /s/ Shane Clayton<br>Shane Clayton<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
United States District Judge
Dated: February 29, 2024